# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF NORTH CAROLINA

Western DIVISION

Derrick Allen

v.

Anthony Clarke, Scott Jaeschke and GTCC —

NO. 5:23-cv-00114-FL

COMPLAINT

Plaintiff resides at:
Mailing address, P.O. Box 1675 Raleigh, North Carolina 27602.

Defendant(s)' name(s) and address(es), if known:
Anthony Clarke; Scott Jaeschke; Guilford Technical Community College — 601 East Main Street Jamestown, N.C. 27282.

1

Jurisdiction in this court is based on:

THE U.S. DISTRICT COURT Has JURISDICTION PURSUANT to 28 USC 1331; FEDERAL Question.

The acts complained of in this suit concern:

THE FIRST Amendment of the United States Constitution, Conveys "Congress Shall Make No law Respecting an establishment of religion, Nor prohibting the free exercise thereof, Nor abridging the freedom of Speech."

I told My TUTOR She was beautiful, and I asked for her number, I asked Twice (During teams [video]). I was written up and declared That I Harassed My TUTOR, and Forced her TO NOT Move; This is FABRICATED.

THE FEDERAL Question is Has My Constitutional Rights been violated.

(If you need more space, or wish to include any further information for consideration, please attach additional sheets.)

I seek the following relief:

I am Seeking Compensatory and Punitive damages in the amount of $750,000.00

03/02/2023

DATE

Derrick Allen

SIGNATURE OF PLAINTIFF

P.O. Box 1675
Raleigh, N.C.
27602

ADDRESS AND PHONE NUMBER OF PLAINTIFF

3