UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DERRICK ALLEN ) | |
|         Plaintiff, ) | |
| v. ) | **JUDGMENT** |
| ) | 5:23-CV-114-FL |
| ANTHONY CLARKE, GUILFORD ) | |
| TECHNICAL COMMUNITY COLLLEGE ) | |
| and SCOTT JAESCHKE ) | |
|         Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendations of the United States Magistrate Judge, to which no objection was filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 27, 2023 and for the reasons set forth more specifically therein, that this action is DISMISSED.

**This Judgment Filed and Entered on July 27, 2023, and Copies To:**
Derrick Allen (via CM/ECF Notice of Electronic Filing)


July 27, 2023                      PETER A. MOORE, JR., CLERK

                                                /s/ Sandra K. Collins
                                  (By)    Sandra K. Collins, Deputy Clerk